Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Suzanna Bennes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| SUZANNA BENNES,<br><br>        Plaintiff,<br><br>   vs.<br><br>LENDMARK FINANCIAL SERVICES, LLC; et. al.,<br><br>        Defendants. | Federal Case No.: 5:18-cv-02126-NC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WAKEFIELD & ASSOCIATES, INC. D/B/A/ WAKEFIELD PAYMENT SOLUTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Suzanna Bennes, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wakefield & Associates, Inc. d/b/a/ Wakefield Payment Solutions as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court

order by filing:

a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Wakefield & Associates, Inc. d/b/a/ Wakefield Payment Solutions has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: July 3, 2018                             Sagaria Law, P.C.

                                                By:    */s/ Elliot W. Gale*
                                                        Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Suzanna Bennes